IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

BARRY S. DRUCKER,
   Defendant.

CRIMINAL FILE NO.
1:07-CR-165-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 39] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 31]. The Magistrate Judge correctly applied United States v. Vangates, 287 F.3d 1315, 1321-22 (11th Cir. 2002) in finding that the Defendant's statements were not compelled in violation of his Fifth Amendment rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 31] is DENIED.

SO ORDERED, this 7 day of January, 2008.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge